■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM GUILLORY, Appellant. (Appeal No. 2.) [917 NYS2d 591]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered March 13, 2009. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree and intimidating a victim or witness in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Guillory* (81 AD3d 1394 [2011]). Present—Centra, J.P., Fahey, Peradotto, Sconiers and Gorski, JJ.